IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-20213

MSP RECOVERY, LLC,

    Plaintiff,

vs.                              **ORDER OF TRANSFER**

PROGRESSIVE SELECT INSURANCE
COMPANY,

    Defendant.
_____/

    GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to Local Rule 3.8, S.D. Fla. L.R., due to related Case No. 15-cv-20208 and subject to the consent of the Honorable Ursula Ungaro, United States District Judge, it is

    ADJUDGED that the above-numbered action is transferred to the calendar of the Honorable Ursula Ungaro for all further proceedings.

    DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of March, 2015.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

    After reviewing the court file in the above-numbered action, the undersigned hereby accepts the transfer of said case. Therefore, it is

    ADJUDGED that all pleadings hereinafter filed shall bear Case No. 15-cv-20213-UU, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

    THE FOREGOING transfer is herewith accepted this 18 day of March, 2015.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:    Clerk of Court
       All Counsel of Record